In the Matter of the Estate of George WESTLAKE, deceased. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Order of the Surrogate's Court of Queens County affirmed, with $10 costs and disbursements. The petitioner has sufficient interest to initiate the proceeding. The question whether the statute of limitations is a bar is not decided, as the court is not fully advised of the will of George Westlake, or of the decree, or duration of Minnie A. Waldecker's participation in the administration of it, or her attitude towards it. Matter of Jordan, 50 App. Div. 244, 63 N. Y. Supp. 911; Matter of Irvin, 68 App. Div. 158, 162, 74 N. Y. Supp. 443; Matter of Meyer, 98 App. Div. 7, 90 N. Y. Supp. 185, affirmed 181 N. Y. 553, 74 N. E. 1120; Matter of

Ashcim, 111 App. Div. 176, 97 N. Y. Supp. 607; In re Williams' Estate, 57 Misc. Rep. 537, 109 N. Y. Supp. 974. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.